UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TERRY RAY JACKSON,

    Plaintiff,

Civil No. 12-550 (JRT/ECW)

v.

**ORDER**

KEITH ELLISON, et al,

    Defendants.

Terry Ray Jackson, 1111 Highway 73, Moose Lake, MN 55767, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 17, 2023, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.

2. Plaintiff Terry Ray Jackson's Motion for Leave to Proceed In Forma Pauperis (Dkt. 2) and request for a temporary restraining order and/or a preliminary injunction (Dkt. 4) are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 3, 2023
at Minneapolis, Minnesota.

                                                  JOHN R. TUNHEIM
                                             United States District Judge